FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
Fort Smith DIVISION

RECEIVED
WD/AR
APR 02 2009
U.S. CLERK'S OFFICE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR — 9 —
CHRIS ———— CLERK
BY
Cm
DEPUTY CLERK

Lavelle D. Evans
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. 12039-078

V.                CASE NO. 09-1019

Granada America Entertainment & Kickstall Road Enterprises, Inc.
Marcia Xintaris
Emily Snyder
The First 48 television show

(Enter above the full name of the defendant, or defendants, in this action.)

I. Previous Lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

     Yes _____    No ✓

  B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

     1. Parties to this lawsuit

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

     2. Court (if federal court, name the district; if state, name the county:

        _____

        _____

-1-

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: Beaumont United States Penitentiary P.O. Box 26030, Beaumont, TX 77720

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

   A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

   Yes _____    No ✓

   B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

   C. If your answer is NO, explain why not: This complaint is not against a detention facility

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

   A. Name of plaintiff: Lavelle Evans

   Address: P.O. Box 26030

   Beaumont, TX 77720

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B.  Defendant: Marcia Xintaris
    Position: Executive in Charge of Production
    Place of Employment: Granada America Entertainment / Kirkstall Road Enterprises, Inc
    Address: 609 Greenwich St., 9th Floor, New York, N.Y. 10014

    Defendant: Emily Snyder
    Position: Media Representative
    Place of Employment: First 48, Granada America / Kirkstall Road Enterprises, Inc
    Address: 609 Greenwich St., 9th Floor, New York, NY 10014

    Defendant: "The First 48" television show
    Position:
    Place of Employment: Granada America Entertainment / Kirkstall Road Enterprises, Inc
    Address: 609 Greenwich St., 9th Floor, New York, NY 10014

    Defendant: The First 48 (television show)
    Position: Television Show
    Place of Employment:
    Address: 609 Greenwich, 9th Floor, New York, NY

    Defendant:
    Position:
    Place of Employment:
    Address:

-3-

V. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In October of 2006, I was escorted to the conference room of the Union County Jail to be questioned by Dallas County, TX, detectives. I was filmed by the person I believe to be Emily Snyder. Afterward, I refused them permission to place me on the television show "The First 48" and I refused to sign the consent form. On April 12, 2007, they aired the segment of the show on national television and had me on the show anyway. They've shown me on television on this show against my wishes several times from April 2007 through February 2009. Marcia Xintaris is the producer of this show and is employed by Granada America Entertainment & Kirkstall Road Enterprises, to produce the show "The First 48". Together, they engaged in "Illegal Use of an Image".

VI. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be awarded $150,000.00 for the use of my image or all profits made from the segment of the show in which my image was used.

I would also like to be awarded $70,000.00 for the humiliation and pain this show has caused my family.

I declare (or certify, verify, or state) under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 29 day of March, 2009.

Lavelle Evans
**Printed Name of Plaintiff**

**Signature of Plaintiff**

-4-