IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAVELLE D. EVANS                                                        PLAINTIFF

VS.                                  CASE NO. 09-CV-1019

MARCIA XINTARIS, Executive in
Charge of Production; EMILY SNYDER,
Media Representative; THE FIRST 48,
Television Show; and GRANADA
AMERICAN ENTERTAINMENT/
KIRKSTALL ROAD ENTERPRISES, INC.                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on April 29, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 4). Ten days have passed without objections being filed by the parties. Therefore, the Court adopts *in toto* the Magistrate's findings and recommendations.

The Court finds that Plaintiff's Motion to Dismiss should be and hereby is **granted.** Accordingly, Plaintiff's Complaint is hereby dismissed without prejudice.

IT IS SO ORDERED, this 20th day of May, 2009.

        /s/Harry F. Barnes
        Hon. Harry F. Barnes
        United States District Judge